

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-15-00436-CV

Bryan **SMITH** d/b/a Vision Design and Build,
Appellant

v.

Robert **OVERBY** and Teresa Overby,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-02799
Honorable Gloria Saldana, Judge Presiding

## O R D E R

    Appellant's motion for extension of time to file reply brief is hereby GRANTED. Time is extended to April 25, 2016. FURTHER EXTENSIONS OF TIME ARE DISFAVORED.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court